**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| In re: | Case No. 8:13-bk-11370-CPM |
|    Edward M Bowman & | Chapter 7 |
|    Joann E Bowman | |
|      Debtor(s). | |
| _____/ | |

### REPORT AND NOTICE OF INTENTION TO SELL PROPERTY OF THE ESTATE

---

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

**Pursuant to local rule 2002-4, the Court will consider this pleading without further notice or hearing unless a party in interest files an objection within 21 days from the date this paper is entered on the docket. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at Sam M. Gibbons Courthouse, 801 N. Florida Ave., #555, Tampa, FL 33602-3899, and serve a copy on the Trustee, Richard M. Dauval, PO Box 13607, St. Petersburg, FL 33733, and any other appropriate person(s).**

**If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

---

TO:   Creditors, Debtors and Parties in Interest

Richard M. Dauval, the Trustee duly appointed and acting for the above-captioned estate reports that the Trustee intends to sell 21 days from the date this paper is entered on the docket, the following property of the estate of the Debtor under the following terms and conditions:

Description of Property: 8457 Annapolis Road, Spring Hill, FL 34608. More particularly described as:

**LOT 22, BLOCK 293, SPRING HILL, UNIT 6, AS PER PLAT THEREOF RECORDED IN PLAT BOOK 8, PAGES 1-10, PUBLIC RECORDS OF HERNANDO COUNTY, FLORIDA.**

1. Manner of Sale: Private

2. Terms of Sale: Cash or Cashier's Check

    a.   To: Florido & Associates

b. Sale Price: $2,500.00

c. All right, title, and interest of bankruptcy estate, if any.

d. Subject to all liens and encumbrances, if any. No warranties of no liens. No warranties of any kind. Liens included on the Debtor's Schedule D include:

| Lienholder | Amount | | Nature of Secured Interest |
|---|---|---|---|
| **Chase Manhattan Mortgage** Attn: Bankruptcy Department 3415 Vision Drive Mail Code: OH4-7133 Columbus, OH 43219-6009 | $106,882.00 | * | **First Mortgage** |
| **Flagstar Bank** Attn: Bankruptcy Dept 5151 Corporate Drive Troy, MI 48098 | $132,812.00 | * | **Second Mortgage** |
| **SunTrust Bank, Inc.** Attn: Bankruptcy Department MC VA-WMRK-7952 P.O. Box 85092 Richmond, VA 23286-5092 | $22,090.00 | * | **Third Mortgage** |

**\* As per the Debtor(s) bankruptcy schedules**

The Trustee will entertain any higher bids for the purchase of the assets of the Debtor that the Trustee proposes to sell. Such bids must be in writing and accompanied by a deposit of 100% of the proposed higher purchase price. Any higher bid must be received by the Trustee at the address listed below no later than the close of business 21 days from the date of mailing, as indicated in the Certificate of Service. If more than one bid has been received, an auction will occur among said bidder(s) after 21 days.

NOTICE IS HEREBY GIVEN that if no objection or request for hearing is filed and served within 21 days of the date of this report and notice, the property described herein will be sold without further hearing or notice pursuant to Local Bankruptcy Rule 6004-1.

Dated: November 25, 2013

Respectfully submitted,

 /s/ Richard M. Dauval
Richard M. Dauval, Trustee

Leavengood Dauval & Boyle
Richard M. Dauval
3900 First Street North Suite 100
St. Petersburg, FL  33703

DATE RECEIVED: Nov 25 2013                TIME RECEIVED: 08:09AM                TOTAL SERVED: 38

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE:  Edward M Bowman<br>        Joann E Bowman | CASE NO: 8:13-bk-11370-CPM<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7<br>ECF Docket Reference No.<br>Judge:<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 11/25/2013, a copy of the following documents, described below,

Report And Notice Of Intention To Sell Property Of The Estate,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/25/2013

_____
/s/ Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Leavengood Dauval & Boyle
Richard M. Dauval
3900 First Street North Suite 100
St. Petersburg, FL  33703

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>113A-8<br>CASE 8-13-BK-11370-CPM<br>MIDDLE DISTRICT OF FLORIDA<br>TAMPA<br>MON NOV 25 13-10-04 EST 2013 | EDWARD M BOWMAN<br>8457 ANNAPOLIS ROAD<br>SPRING HILL FL 34608-6704 | JOANN E BOWMAN<br>8457 ANNAPOLIS ROAD<br>SPRING HILL FL 34608-6704 |
| JPMORGAN CHASE BANK NATIONAL<br>CO STEFAN BEUGE ESQ.<br>2727 WEST CYPRESS CREEK ROAD<br>FORT LAUDERDALE FL 33309-1721 | ~~CATHERINE PEEK MCEWEN~~<br>~~TAMPA~~ | QUEENS PARK OVAL ASSET HOLDING TRUST<br>CLARFIELD  OKON SALOMONE & PINCUSP.L.<br>500 SOUTH AUSTRALIAN AVENUE SUITE 730<br>WEST PALM BEACH FL 33401-6237 |
| AMERICAN EXPRESS<br>16 GENERAL WARREN BLVD<br>MALVERN PA 19355-1245 | ASSOCIATED RECOVERY SYSTEMS<br>P.O. BOX 469046<br>ESCONDIDO CA 92046-9046 | BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| CFCRP<br>P.O. BOX 965005<br>ORLANDO FL 32806 | CFS II INC<br>2448 E 81ST STREET<br>SUITE 500<br>TULSA OK 74137-4250 | CACH SQUARE TWO FINANCIAL<br>ATTENTION- BKY DEPT<br>4340 SOUTH MONACO ST.<br>2ND FLOOR<br>DENVER CO 80237-3408 |
| CAPIO PARTNERS LLC<br>ATTN- BANKRUPTCY<br>2222 TEXOMA PKWY<br>SUITE 160<br>SHERMAN TX 75090-2482 | US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | CHASE - CC<br>ATTENTION- BANKTRUPTCY DEPT<br>P.O. BOX 15298<br>WILMINTGON DE 19850-5298 |
| CHASE MANHATTAN MORTGAGE<br>ATTN- BANKRUPTCY DEPT<br>3415 VISION DR<br>MAIL CODE- OH4-7133<br>COLUMBUS OH 43219-6009 | CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | COMENITY BANKHSN<br>ATTN- BANKRUPTCY<br>P.O. BOX 182686<br>COLUMBUS OH 43218-2686 |
| COMENITY BANKJESSICA LONDON<br>ATTENTION- BANKRUPTCY<br>P.O. BOX 182686<br>COLUMBUS OH 43218-2686 | COMENITY BANKROAMANS<br>ATTN- BANKRUPTCY<br>P.O. BOX 182686<br>COLUMBUS OH 43218-2686 | DR. GABRIEL BOZE<br>495 MARINER BLVD.<br>SPRING HILL FL 34609-5680 |
| FIA CARD SERVICES<br>P.O. BOX 15026<br>WILMINGTON DE 19850-5026 | FINANCIAL CORP OF AMERICA<br>ATTN- BANKRUPTCY<br>P.O. BOX 203500<br>AUSTIN TX 78720-3500 | FLAGSTAR BANK<br>ATTN- BANKRUPTCY DEPT<br>5151 CORPORATE DRIVE<br>TROY MI 48098-2639 |
| GECRBLOWES<br>ATTN- BANKRUPTCY DEPT.<br>P.O. BOX 103104<br>ROSWELL GA 30076-9104 | GENPACT SERVICE<br>P.O. BOX 1969<br>SOUTHGATE MI 48195-0969 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 |

| | | |
|---|---|---|
| J. A. CAMBECE LAW OFFICE<br>200 CUMMINGS CENTER<br>SUITE 173-D<br>BEVERLY MA 01915-6190 | LAW OFFICE OF JOE PEZZUTO<br>4013 E. BROADWAY<br>SUITE A2<br>PHOENIX AZ 85040-8818 | MIDLAND FUNDING<br>8875 AERO DRIVE<br>SUITE 200<br>SAN DIEGO CA 92123-2255 |
| NCO FINANCIAL SYSTEMS INC<br>231 N KENTUCKY AVE<br>SUITE HBD<br>LAKELAND FL 33801-4910 | NORTHSTAR LOCATION SERVICES<br>4285 GENESEE STREET<br>CHEEKTOWAGA NY 14225-1943 | PENNCRO ASSOCIATES INC.<br>95 JAMES WAY<br>SUITE 113<br>SOUTHAMPTON PA 18966-3847 |
| PHALAN HALLINAN PLC<br>2727 W. CYPRESS CREEK ROAD<br>FORT LAUDERDALE FL 33309-1721 | REGIONAL MEDICAL CENTER<br>BAYONET POINT<br>P.O. BOX 99400<br>LOUISVILLE KY 40269-0400 | ROBERTSON ANSCHUTZ &SCHNEID<br>3010 N. MILITARY TRAIL<br>SUITE 300<br>BOCA RATON FL 33431-6393 |
| ROUNDPOINT MORTGAGE<br>5032 PARKWAY PLAZA BLVD.<br>SUITE 200<br>CHARLOTTE NC 28217-1934 | SALLIE MAE<br>ATTN- CLAIMS DEPT<br>P.O. BOX 9500<br>WILKES BARRE PA 18773-9500 | SPRING HILL REGIONAL HOSP<br>10461 QUALITY DRIVE<br>SPRING HILL FL 34609-9634 |
| SUNTRUST BANK INC.<br>ATTN- BANKRUPTCY DEPARTMENT<br>MC VA-WMRK-7952<br>P.O. BOX 85092<br>RICHMOND VA 23286-5092 | ~~UNITED STATES TRUSTEE - TPA7 +~~<br>~~TIMBERLAKE ANNEX SUITE 1200~~<br>~~501 E POLK STREET~~<br>~~TAMPA FL 33602-3949~~ | ~~DAVID THORPE +~~<br>~~THE THORPE LAW FIRM PA~~<br>~~7019 N DALE MABRY HWY~~<br>~~SUITE 100~~<br>~~TAMPA FL 33614-3210~~ |
| ~~STEFAN BEUGE +~~<br>~~PHELAN & HALLINAN PLC~~<br>~~2727 W CYPRESS CREEK ROAD~~<br>~~FT. LAUDERDALE FL 33309-1721~~ | ~~RICHARD M DAUVAL +~~<br>~~P.O. BOX 13607~~<br>~~ST. PETERSBURG FL 33733-3607~~ | ~~RESHAUNDRA M SUGGS +~~<br>~~CLARFIED OKON SALOMONE & PINCUS PL~~<br>~~500 AUSTRALIAN AVENUE SOUTH~~<br>~~SUITE 730~~<br>~~WEST PALM BEACH FL 33401-6237~~ |
| ~~ANDREW PEKOE +~~<br>~~PHELAN HALLINAN PLC~~<br>~~2727 WEST CYPRESS CREEK BLVD~~<br>~~FT LAUDERDALE FL 33309-1721~~ | ~~NOTE- ENTRIES WITH A □+□ AT THE END OF~~<br>~~NAME HAVE AN EMAIL ADDRESS ON FILE IN~~ | |